UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD JAMES CROMER,

        Plaintiff,                        Case No. 2:25-cv-12881

v.                                           Honorable Susan K. DeClercq
                                                United States District Judge
DANA NESSELL, et al.,

        Defendants.
_____/

**OPINION AND ORDER DISMISSING COMPLAINT (ECF No. 1)** *SUA SPONTE* **FOR FAILING TO CORRECT FILING DEFICIENCIES**

Plaintiff Edward James Cromer, proceeding *pro se*, brought this suit on September 11, 2025, against 12 Defendants for allegedly "killing black men under a fake misnomer of the meaning of subject matter jurisdiction." ECF No. 1. He also applied to proceed *in forma pauperis*. ECF No. 2.

But on September 22, 2025, this Court denied his application to proceed *in forma pauperis* because Cromer—who is currently incarcerated at Macomb Correctional Facility—had at least three other lawsuits dismissed as frivolous, malicious, or for failure to state a claim, and he raised no allegations of imminent danger of serious physical injury to invoke an exception to this "three-strikes" rule under 28 U.S.C. § 1915(g). *See* ECF No. 5. In that order, this Court directed Cromer to pay the civil action filing fees on or before October 21, 2025. *See* FED. R. CIV. P.

6(d). Otherwise, he was informed that his case would be dismissed with prejudice. ECF No. 5 at PageID.146.

To date, Cromer has not paid the fees. Instead, on October 6, 2025, he filed a letter in which he quotes various United States Supreme Court cases and reiterates that he is exempt from federal jurisdiction. ECF No. 6. He also filed a certificate of his prisoner's account on October 27, 2025. ECF No. 7.

But Cromer is not required to pay filing fee because he failed to show proof of indigency. Instead, he must pay the fee because he has exceeded the number of cases that have been dismissed for frivolity under 28 U.S.C. § 1915(g). *See* ECF No. 5.

Because Cromer has not paid the fee, this Court must presume he is proceeding without prepayment, must assess the whole fee, and must dismiss the case for failure to prosecute. *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 203 (2007).

Accordingly, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**. *See* 28 U.S.C. § 1915(b), (e)(2)(A); FED. R. CIV. P. 41(b).

Further, it is **ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* on appeal. *See* 28 U.S.C. § 1915(a)(3).

- 3 -

**This final order closes the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: November 18, 2025

- 3 -